EAG:TF
F.#2012R00804

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN - 7 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ROBERTO MENELAS,

             Defendant.

- - - - - - - - - - - - - - - - -X

INDICTMENT

CR 12 388

T. 21, U.S.C.,
§§ 841(a)(1),
841(b)(1)(B)(ii)(II),
952(a), 960(a)(1) and
960(b)(2)(B)(ii); T. 18,
U.S.C., §§ 3551 et seq.

VY, M.J.

BLOCK, J.

THE GRAND JURY CHARGES:

COUNT ONE
(Importation of Cocaine)

On or about May 9, 2012, within the Eastern District of New York and elsewhere, the defendant ROBERTO MENELAS did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO
(Possession of Cocaine with Intent to Distribute)

On or about May 9, 2012, within the Eastern District of New York, the defendant ROBERTO MENELAS did knowingly and intentionally possess with intent to distribute a controlled

substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

*/s/ Milton Wilson*
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

2

F. #2012R00804
FORM DBD-34
JUN. 85       No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*ROBERTO MENELAS,*

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II),
952(a), 960(a)(1) and 960(b)(2)(B)(ii);
T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____ *Milton Wilson* _____
*Foreman*

*Filed in open court this*   7th   *day,*

*of*   June   *A.D. 20* 12

_____

*Clerk*

*Bail, $* _____

_____

**Tali Farhadian, Assistant United States Attorney, (718) 254-6290**